# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BETTY JO KIRKWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:19-cv-00575-PRW |
| ) | |
| BRENNTAG NORTH AMERICA, INC., et al., ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF DISMSSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Betty Jo Kirkwood hereby dismisses her cause of action against the Defendants, without prejudice to the refiling of same.

Dated this 27th day of June, 2019.

Respectfully submitted,

s/Steven T. Horton
Steven T. Horton, OBA No. 14589
HORTON LAW FIRM
114 N.W. 6th Street, Suite 201
Oklahoma City, Oklahoma  73102
Telephone:   405/606-8080
Facsimile:    405/606-8088
E-mail:        shorton@coxinet.net
**Attorneys for Plaintiff**